E-FILED- 7/7/15

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY SPECIALTIES CORP., a California corporation also known as and doing business as CENTURY FENCES, and/or CENTURY FENCES INC; BRADLEY HILTON ROBBINS, an individual also known as BRAD ROBBINS; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Defendants. | CASE NO.: CV15-03162 PSG (VBKx)<br><br>JUDGMENT PURSUANT TO STIPULATION |

Pursuant to the Stipulation for Entry of Judgment by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware Limited Liability Company, through its attorneys, Reich, Adell & Cvitan, A Professional Law Corporation, by Marsha M.

-1-

287567.1

1  Hamasaki, and Defendants, CENTURY SPECIALTIES CORP., a California
2  corporation also known as and doing business as CENTURY FENCES, and/or
3  CENTURY FENCES INC., and BRADLEY HILTON ROBBINS, an individual also
4  known as BRAD ROBBINS through their attorneys, Justin G. Schmidt, and good
5  cause appearing therefor,
6      IT IS HEREBY ORDERED, ADJUDGED and DECREED that:
7  Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST
8  FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a
9  Delaware Limited Liability Company,  the administrator, agent for collection and a
10 fiduciary to the Laborers Health And Welfare Trust Fund For Southern California,
11 Construction Laborers Pension Trust For Southern California, Construction Laborers
12 Vacation Trust For Southern California, Laborers Training And Re-Training Trust
13 Fund For Southern California, Fund For Construction Industry Advancement, Center
14 For Contract Compliance,  Laborers Contract Administration Trust Fund For Southern
15 California, Laborers' Trusts Administrative Trust Fund For Southern California and
16 Southern California Partnership For Jobs Trust Fund, and against Defendants,
17 CENTURY SPECIALTIES CORP., a California corporation also known as and
18 doing business as CENTURY FENCES, and/or CENTURY FENCES INC.
19 ("EMPLOYER");and BRADLEY HILTON ROBBINS, an individual also known as
20 BRAD ROBBINS ("ROBBINS"), individually, jointly and severally, for the principal
21 sum of $125,630.93 relating to known delinquencies incurred during the period from
22 May 2011 to April 2015 and $5,000.00 in attorney's fees, for a total judgment sum of
23 $129,630.93.
24     The money JUDGMENT to be entered in this action is for known delinquencies
25 incurred for the period from May 2011 through April 2015 ; however, the TRUST
26 FUNDS, ROBBINS and EMPLOYER have stipulated that since the partial audit of
27 EMPLOYER'S records did not cover the entire period from January 2013 to April
28 2015,  therefore, if any additional amounts are discovered to be owed by EMPLOYER

287567.1

1  and ROBBINS during this time period, the money judgment in this action shall not
2  operate as a bar and/or have <u>res judicata</u> effect or any other limitation of any legal
3  right of the Plaintiff or TRUST FUNDS to determine and seek collection of any
4  amount due, or that comes due by CENTURY SPECIALTIES CORP., a California
5  corporation also known as and doing business as CENTURY FENCES, and/or
6  CENTURY FENCES INC. and/or BRADLEY HILTON ROBBINS, an individual to
7  any one or more of the Trust Funds during the period from January 2013 to April
8  2015.

10  DATED: 7/6/15

### PHILIP S. GUTIERREZ

PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

287567.1