E-FILED 7/9/15

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  CONSTRUCTION LABORERS TRUST          CASE NO.: CV15-03162 PSG (VBKx)
    FUNDS FOR SOUTHERN
12  CALIFORNIA ADMINISTRATIVE           [PROPOSED] SEVERAL
    COMPANY, a Delaware limited liability JUDGMENT PURSUANT TO
13  company,                            STIPULATION

14                  Plaintiff,

15        vs.

16

17  CENTURY SPECIALTIES CORP., a
    California corporation also known as and
18  doing business as CENTURY FENCES,
    and/or CENTURY FENCES INC;
19  BRADLEY HILTON ROBBINS, an
    individual also known as BRAD
20  ROBBINS; AMERICAN
    CONTRACTORS INDEMNITY
21  COMPANY, a California corporation,

22                  Defendants.

23

24

25        Pursuant to the Stipulation for Entry of Judgment by and between Plaintiff,

26  CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA

27  ADMINISTRATIVE COMPANY, a Delaware Limited Liability Company, through

28  its attorneys, Reich, Adell & Cvitan, A Professional Law Corporation, by Marsha M.

                                     -1-

Hamasaki, and Defendants, CENTURY SPECIALTIES CORP., a California corporation also known as and doing business as CENTURY FENCES, and/or CENTURY FENCES INC., and BRADLEY HILTON ROBBINS, an individual also known as BRAD ROBBINS through their attorneys, Justin G. Schmidt, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that: A Several Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware Limited Liability Company,  the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance,  Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California and Southern California Partnership For Jobs Trust Fund, and against Defendants, CENTURY SPECIALTIES CORP., a California corporation also known as and doing business as CENTURY FENCES, and/or CENTURY FENCES INC. ("EMPLOYER"); and BRADLEY HILTON ROBBINS, an individual also known as BRAD ROBBINS ("ROBBINS"), individually, jointly and severally, for the principal sum of $125,630.93 relating to known delinquencies incurred during the period from May 2011 to April 2015 and $5,000.00 in attorney's fees, for a total judgment sum of $129,630.93.

The money JUDGMENT to be entered in this action is for known delinquencies incurred for the period from May 2011 through April 2015 ; however, the TRUST FUNDS, ROBBINS and EMPLOYER have stipulated that since the partial audit of EMPLOYER'S records did not cover the entire period from January 2013 to April 2015,  therefore, if any additional amounts are discovered to be owed by EMPLOYER

288834.1

and ROBBINS during this time period, the money judgment in this action shall not operate as a bar and/or have <u>res judicata</u> effect or any other limitation of any legal right of the Plaintiff or TRUST FUNDS to determine and seek collection of any amount due, or that comes due by CENTURY SPECIALTIES CORP., a California corporation also known as and doing business as CENTURY FENCES, and/or CENTURY FENCES INC. and/or BRADLEY HILTON ROBBINS, an individual to any one or more of the TRUST FUNDS during the period from January 2013 to April 2015.

The Court finds that there is no just reason for delay in the entry of a final Several Judgment against Defendants, CENTURY SPECIALTIES CORP., a California corporation also known as and doing business as CENTURY FENCES, and/or CENTURY FENCES INC. and BRADLEY HILTON ROBBINS, as all claims asserted by Plaintiff on its Complaint are resolved, ==leaving AMERICAN CONTRACTORS INDEMNITY COMPANY== to proceed on its Cross-Claim.

DATED:   7/9/15

PHILIP S. GUTIERREZ
_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

-3-

288834.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party of the within action. My business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90010.

On **July 7, 2015**, I served a copy of the document described as: **[PROPOSED] SEVERAL JUDGMENT PURSUANT TO STIPULATION**, on the interested parties in this action who are identified below using the following means of service):

Bradley T. Robbins
Century Specialties Corp. aka dba
Century Fences, and/or Century Fences, Inc.
P. O. Box 3248
Gardena, CA 90247

Justin G. Schmidt
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647

Attorney for Century Specialties Corp. and Bradley Hilton Robbins

| X | **BY FIRST CLASS MAIL:** I placed _ the original or __x__ a true and correct copy of the document in sealed envelope(s) individually addressed to each of the parties, and caused each such envelope to be deposited in the mail. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, mail is deposited with the U.S. Postal Service on the same day that it is collected in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing shown in this proof of service. |
|---|---|
|   | **BY PERSONAL SERVICE:** I placed _ the original or __ a true and correct copy of the foregoing document in sealed envelope(s) individually addressed to each of the parties listed above, and caused such envelope to be delivered by hand to the offices of each addressee |

Executed on **July 7, 2015**, at Los Angeles, California.

| X | **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made. |
|---|---|
|   |   |

/s/
Virginia Alvarez

288834.1